IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAYLE WILSON,

        Plaintiff,

   v.

MICHAEL ASTRUE, et al.,

        Defendants.

NO. C10-3761 TEH

ORDER TO SHOW CAUSE

       This case was recently reassigned to this Court following Plaintiff's failure to consent to the jurisdiction of a magistrate judge. Prior to reassignment, Defendants filed a motion to dismiss and noticed their motion for hearing on March 2, 2011. The deadline for Plaintiff to file an opposition or statement of non-opposition was therefore February 9, 2011. Civ. L.R. 7-3. Plaintiff failed to do so.

       Following reassignment, Defendants re-filed their motion and noticed it for hearing on March 21, 2011, subsequently re-noticing it for March 28, 2011.

       With good cause appearing, IT IS HEREBY ORDERED that:

       1. The March 28, 2011 hearing date shall remain as scheduled, but the briefing schedule shall remain based on the March 21 hearing date. Accordingly, the opposition or statement of non-opposition is due by **February 28, 2011,** and the reply is due by **March 7, 2011.**

       2. Plaintiff shall show cause as to why sanctions should not be imposed for her failure to file a timely opposition to the motion to dismiss when this case was pending before Magistrate Judge James Larson. Plaintiff's show cause response shall be filed on or before **February 28, 2011.** The show cause hearing shall occur on **March 28, 2011, at 10:00 AM.**

United States District Court
For the Northern District of California

3.  If Plaintiff fails to file either a timely opposition or a timely response to this order to show cause, then this case shall be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:   02/15/11

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT