IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAYLE WILSON,

          Plaintiff,

     v.

MICHAEL ASTRUE, et al.,

          Defendants.

NO. C10-3761 TEH

ORDER DISMISSING CASE

     When this case was assigned to Magistrate Judge James Larson, Defendants filed a motion to dismiss and noticed it for hearing on March 2, 2011. Plaintiff failed to file a timely opposition or statement of non-opposition, which was due on February 9, 2011. Following Plaintiff's failure to file a consent to the jurisdiction of a magistrate judge, the case was reassigned to this Court on February 14, 2011. Defendants subsequently re-noticed their motion for March 28, 2011.

     On February 15, 2011, this Court issued an order requiring Plaintiff to file her opposition or statement of non-opposition to Defendants' motion to dismiss by February 28, 2011. The order further required Plaintiff to show cause as to why sanctions should not be imposed for her failure to file a timely opposition to the motion to dismiss when this case was pending before Magistrate Judge Larson. Plaintiff's show cause response was also to be filed by February 28, 2011. The order provided that this case would be dismissed with prejudice if Plaintiff failed to file either document.

To date, Plaintiff has filed neither an opposition or statement of non-opposition to Defendants' motion to dismiss nor a response to the Court's order to show cause. Accordingly, this case is dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:   03/03/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT